# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARCUS DAVIS**                                                                       **PETITIONER**
Reg. #18333-424

v.                          CASE NO. 2:20-CV-00001 BSM

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas                                                                **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 11] is adopted. Accordingly, Marcus Davis's petition [Doc. No. 1] is denied and dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE