IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS DAVIS**                                                                                      **PETITIONER**
Reg. #18333-424

v.                                  CASE NO. 2:20-CV-00001 BSM

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE